UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:10-CR-10388-001-ADB |
| JON LATORELLA, | ) |
| Defendant, | ) |
| and | ) |
| BROTHERHOOD CREDIT UNION, | ) |
| Garnishee. | ) |

**<u>CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT</u>**

TO:   Jon Latorella
      Ipswich, Massachusetts

YOU ARE HEREBY NOTIFIED that the United States of America is taking all funds and property in the custody, possession, or control of Brotherhood Credit Union, to apply to the judgment entered against you on June 27, 2017 in the United States District Court for the District of Massachusetts. The current total balance is $5,381,700.64., plus accruing interest at the rate of 1.23 percent per annum.

YOU ARE FURTHER NOTIFIED that there are exemptions under the law that may protect some of your property from garnishment by the Government if you can show the exemptions apply. The exemptions that apply are listed in 18 U.S.C. § 3613(a)(1). *See* 18 U.S.C. § 3613(f). Attached is a summary of the exemptions that may apply. You have the right to ask the Court to return your property to you if one of the attached exemptions applies or if you do not owe the debt that the Government claims you do.

YOU ARE FURTHER NOTIFIED that if you want a hearing, you must notify the court within 20 days after receipt of this notice. You must make your request in writing. If you wish, you may use the attached Request for a Hearing form to request a hearing. If you are represented by counsel who is an Electronic Case Files (ECF) user in the District of Massachusetts, your attorney may file your Claim for Exemption and Request for a Hearing forms electronically in ECF. Otherwise, either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210. You must also send a copy of your request to Annapurna Balakrishna, Assistant U.S. Attorney, U.S. Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, to notify the Government that you want a hearing.

If you are entitled to a hearing, the hearing will take place within 5 business days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon as possible thereafter. The Court will issue an order advising you of the time, place, and date of any hearing scheduled.

At the hearing, you may explain to the judge why you believe the property is exempt or that you do not owe the money that the Government claims you do. If you do not request a hearing within 20 days of receiving this notice, your funds or property may be withheld or sold at public auction and applied to the judgment debt owed.

If you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210. You must also send a copy of your

request to Annapurna Balakrishna, Assistant U.S. Attorney, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, to notify the Government of your desire to transfer the proceeding.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

ROBERT M. FARRELL
Clerk, United States District Court

By: /s/ Caetlin McManus
Deputy Clerk

Date: 7/8/2025